Sean Marshall #109356
_Name_

EDCF • P.O. Box 311

El Dorado, Kansas 67042
_Address_

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Sean Marshall , Plaintiff
_(Full Name)_

V.

Wiebe, SST/COT , Defendant (s)

CASE NO. 16-3014-SAC-DJW
_(To be supplied by the Clerk)_

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Sean Marshall , is a citizen of Kansas
   _(Plaintiff)_                              _(State)_

   who presently resides at EDCF • P.O. Box 311 • El Dorado,
                             _(Mailing address or place_
   Kansas 67042                    .
   _of confinement.)_

2) Defendant Wiebe                              is a citizen of
            _(Name of first defendant)_

   El Dorado, Kansas                     , and is employed as
   _(City, State)_

   • COT/SST                          . At the time the
   _(Position and title, if any)_

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes ☒  No ☐ . If your answer is "Yes", briefly explain:

   Wiebe used excessive for in violation of my
   Constitutional Rights; He was deliberately indifferent to serious medical
                                                                Need.

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983

1

3) Defendant _____ N/A _____ is a citizen of
                        *(Name of second defendant)*

_____, and is employed as
              *(City, state)*

_____. At the time the
          *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes ☐   No ☐ . If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4)  Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

42 USC § 1985, 1986 and 1988 ; 28 USC 1367 (a)(Supp. II 1990)

### B.  NATURE OF THE CASE

1)  Briefly state the background of your case:

See Attachment

_____

_____

_____

_____

_____

_____

_____

## C.  CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: _____  *See Attachment* _____

_____

_____

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

_____  *See Attached* _____

_____

_____

_____

B)  (1) Count II: _____

_____

(2) Supporting Facts: _____

_____

_____

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

C) (1) Count III: _____ *See Attached* _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: _____ *N/A* _____

        Defendants: _____

    b) Name of court and docket number _____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d) Issues raised _____

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983

e)  Approximate date of filing lawsuit _____ *N/A* _____

f)  Approximate date of disposition _____ *N/A* _____

1)  I have previously sought informal or formal relief from the appropriate administrative

officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is

"Yes", briefly describe how relief was sought and the results. If you answer is "No",

briefly explain why administrative relief was not sought.

_____ *See Attachment* _____

_____

_____

_____

### 2)  REQUEST FOR RELIEF

1)  I believe that I am entitled to the following relief:

_____ *See Attachment* _____

_____

_____

_____

_____          X *Sean L. Marshall*
Signature of Attorney (if any)                  Signature of Petitioner

_____

_____

_____
(Attorney's full address and telephone number)

XE-2 8/82            CIVIL RIGHTS COMPLAINT §1983

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Sean Marshall
                Plaintiff          Case No.

vs.
SST/Correctional Officer
Wiebe
                Defendant

Civil Rights Complaint
Pursuant to 42 U.S.C. 1983

" SWORN COMPLAINT "

Prepared by:
Anthony Conley #60437

For:

Sean Marshall #109356
EDCF
P.O. Box 311
El Dorado, Kansas  67042

(6)

# Jurisdiction

(1). 28 USC § 1343(3); 42 USC§ 1983; 42 USC 1988; 28 USC § 1367 (a) (Supp II. 1990; 28 USC 1331; 28 USC 2201 and 2202; 28 USC §§ 2283 & 2284;

(2). And any other jurisdiction(s) necessary to adequately accommodate and process this Claim as deemed necessary by the Courts

## Plaintiff Party Information

(3). The Plaintiff is Sean Marshall # 109356 a State prisoner who is Currently Confined at: The El Dorado Correctional Facility; P.O. Box 311, El Dorado, Kansas 67042

(4). At all times relevant to this Complaint, in which the Constitutional Violation occurred Mr. Mashall Was housed at The El Dorado Correctional Facility (EDCF).

(7)

## Defendant Party Information

(5). Defendant SST/COI Wiebe is an employee of the El Dorado Correctional Facility who is responsible for the safety, care and protection of the prisoners at EDCF. His address is: EDCF • 1737 S.E. Highway 54 • El Dorado, Kansas 67042. At all times relevant to this claim Mr. Wiebe was acting under the Color of Law while exercising his duties as a member of the SST (SORT TEAM) and COI.

## Capacity

(6). Mr. Wiebe is being sued in his individual capacity for Damages;

(7). Mr. Wiebe is being sued in his official capacity for Injunctive Relief.

## Previous Lawsuits

(8) Plaintiff has not filed any other lawsuits concerning these issues in any Court of Law

(8)

## Exhaustion of Administrative Remedies

(9). Mr. Marshall has exhausted his administrative remedies to his claim(s) pursuant to KAR 44-15-101. Mr. exhausted his claim(s) and appropriately appealed the adverse decision to the Secretary of Corrections in Which grievance No. 19570 was denied.

(10). Mr. Marshall also exhausted his administrative remedies to all of his claims under KAR 44-15-201 "Special Kinds of problems". Mr. Marshall Complied with this Statute but the Secretary of Corrections failed to respond. Nor were instructions given to Marshall to Cure any deficiencies. This remedy was deemed exhausted or unavailable (Lewis v. Washington 300 F.3d 829 [7th Cir. 2002]; Foulk v. Charrier 262 F.3d 687 [5th Cir. 2001]; Underwood v. Wilson 151 F.3d 292 [5th Cir. 1998]) (See Ex. 1-$\frac{3}{?}$ "Special Kinds of Problem grievance letter w/Affidavit of Mailing and Non-Response pg. 18 20)

## NATURE OF THE CASE

(11). On 3-20-15 after being thoroughly frisked, pat-searched and hand Cuffed I was escorted from the Captains office to the Clinic to be medically Cleared to be placed in Segregation

(12). On the way to the Clinic I explained to the escorting officer Mr. Wiebe, that "I'm only an inch and a half away from being a dwarf and my arms are severely short due to my deformity from almost being a dwarf". He noticed how short I was and my short arms.

(13). I further explained to him that my elbows are are in an awkward position because my arms are short and I asked him Could he use alternative escorting procedures or specialized hand cuffs? I explained to him that I was in severe pain because my elbows and arms were in an awkward position due to my short arms and inappropriate hand cuffs

(14). I never showed or displayed any sign of agression, hostility or anger. I never jerked away from him, raised my voice, turned my head toward him or resisted in any shape form or fashion. I never tried to spit on him nor was I a danger to anyone around me nor was I a danger to any other staff member. There wasn't any danger to bystanders in my vicinity (see Witness Affidavit Ex. 4-5 pg. 21-22)

(15) Wiebe never gave me any orders or directives and I never stopped walking to the Clinic. [No one] gave me directs orders or directives

(16) Wiebe responded to my humble please for help with aleviating the pain with using specialized handcuffs for my dwarf like arms, by Stating the following:

(10)

(17). "Lets see if I can make you scream". Wiebe then applied extreme pressure to my left arm forcing it further behind my back for no reason at all but just to inflict pain. He said: "Shut the fuck up before I give you something to cry about"

(18). I screamed in pain stating "Sir, your hurting me. My arm will not go any further behind my back youre gonna break my arm". Even in pain I did not resist I was defenseless due to my dwarflike size.

(19). Wiebe then stated "If I break your arm it can go further behind your back". Wiebe applied even greater pressure trying to pushing my arm behind my back making me scream. I yelled for help!

(20). No officer would help me they just stood in silence while Wiebe tried to break my arm. I laid motionless on the floor

(21). Wiebe in an attempt to cover up [my cries for help], yelled: "Stop resisting". He only used that "Stop resisting" as a smoke screen to inflict pain on me

(22). He then for no reason but to cause injury, held my arm behind my back, slammed me to the ground, while still holding my arm propped behind my back intentially in that awkward position, slammed all 400 lbs of his weight on my arm and fractured my elbow (Ex.4 pg. 21; Ex.5 pg. 22; Ex.9, pg. 26; Ex.13, pg. 30; Ex.17, pg. 36)

(23). Wiebe while on my back whispered in my ear "I heard your arm pop". He taunted me after breaking my elbow stating: "Yeah I broke it so what?". The officer with him said "Slamming him was unnecessary".

(11)

(24). Wiebe is 6 foot and 7 inches tall, 400 lbs and I'm one to two inches away from being a dwarf. I was no threat to him nor did he perceive me as a threat. I was completely at his mercy (Ex. 4-5 pg. 21-22)

(25). Even when Wiebe was able to infer that my elbow was broken ordered for me to be remained hand cuffed and placed in the restraint chair. I was strapped down tight in the restraint chair with my arms hand cuffed behind my back with a broken left elbow. Screaming in pain. The chair was tilted back on it wheels so all my weight was on my broken elbow (Ex. 6 at 2-3 pg. 23)

(26). I was wheeled into the clinic and Wiebe knowing my elbow was injured, swollen and in pain prevented me from relaying my injury to the nurse by immediately turning me around and wheeling me back out of the clinic before I could open my mouth to speak to the nurse (Ex. 9 pg. 26)

(27). I demanded that I see a nurse but Wiebe told me "No" therefore prolonging and exacerbating the pain and suffering of my broken elbow (Ex. 9-10, pg 26-27) (Ex. 17, pg 36)

(28) I was wheeled 300 yards, tilted back, with all my weight on my broken elbow to C-1 cell house in segregation in excruciating pain that brought visible tears to my eyes the whole way there. I was still wearing the spit mask that Wiebe placed on my head before I was wheeled to the clinic and I never once attempted to spit on anyone. I told him that "My elbow is broken, swelling fast and I can't move Wiebe please take me back to the clinic I'm in intense pain". He replied, "No" (Ex. 6 at 1-6 pg 23) (Ex. 9 pg. 26)

(12)

(29). Once I arrived to C-1 Cellhouse Wiebe released me from the black restraint chair and yanked me out of the chair by intentionally grabbing my elbow that was broken and pulling me out of the chair causing me excruciating pain. (See Affidavit of Witness Ex. 6 at 7-9 pg 23-24)

30). Even at that time I was still not a threat or resisiting at all. I was allowed to walk up the steps to my cell. (Ex. 7 at 8 pg. 24)

31). Once I was in the cell still cuffed behind my back Wiebe again used his 400 lbs to slam me up against the wall of the cell face first, He used his elbow supported by his weight to apply pressure to the back of my neck smashing my face into the wall while another officer cut my clothes off

32). I told Wiebe that I was gonna write him up for breaking my elbow. He responded by reaching down and squeezing my broken elbow making me scream and stated: "We get away with killing motherfuckers do you think anyone is gonna give a shit about a prisoner's broken elbow?" I suffered a fractured elbow (Ex. 7 at 10-11 pg. 24)(Ex 9-15) pg 26-33 (Ex. 17 pg. 36)

33). He further stated: "It doesn't matter anyway our officers stick together. We can make this look like it was your fault and that you were being combative. Your a black inmate no one is gonna believe you. They'll believe us before our story before they'll believe an inmate". Mr. Wiebe seeing physical signs of my swollen purple elbow still wouldn't send me to the clinic causing severe pain. (Ex. 9-10 26- pg. 27- (Ex. 7 at 9)

(13)

(34) Eversince I was released from segregation officer Wiebe comes to my cell when he works my cell house and tells me "You mess with one of us you mess with all of us". He is constantly taunting me to this very day about how he broke my elbow. I live in constant fear of him and EDCF officers and staff members (See Ex. 16 pg. 33-35) (Ex. 18 pg. 37)

## LEGAL CLAIMS

(35) Defendant Wiebe used excessive force against Plaintiff Marshall by intentionally fracturing his elbow by slamming plaintiff on the ground while holding his elbow propped in a vulnerable angle and then slamming his 400 lbs on his elbow when plaintiff was not violating any prison rule, not being disruptive, combative or resistant. Wiebe's action violated Marshall's rights under the 8th Amendment to the U.S. Constitution and caused Plaintiff pain, suffering, physical injury and emotional distress.

(36) Defendant Wiebe used and continued to use excessive force against Marshall by allowing him to remain hand cuffed behind his back knowing his elbow suffered injury and placing him in the black restraint chair still hand cuffed and placing a spit mask over his face when plaintiff was not being disruptive, not being combative and was obviously injured and in pain. Wiebe's action violated and continues to violate Marshalls rights under the 8th Amendment to the U.S. Constitution and causing Plaintiff pain, suffering, physical injury and emotional distress

(14)

(37). Defendant Wiebe Continued to use excessive force against Marshall when he Smashed Marshalls face against the cell wall using his 400 lb weight, ~~with~~ with his elbow placed against the back of plaintiff's neck, while plaintiff was securely Smashed against the wall intentionally reaching down to Squeeze plaintiffs fractured elbow just for the Sole purpose of Causing further pain and affliction. Wiebe's actions violated Plaintiff's rights under the 8th Amendment to the U.S. Constitution and Caused Plaintiff pain, Suffering physical injury and emotional distress.

(38) Defendant Wiebe was deliberately indifferent to plaintiffs Serious medical need (Fractured/broken left elbow) When he prevented Marshall from receiving treatment at the Clinic and/or denying him access to medical personnel Capable of evaluating the need for treatment in regards to his (Fractured/broken elbow). Wibe's actions violated Plaintiff's rights under the 8th Amendment to the U.S. Constitution and Causing plaintiff prolonged pain, Suffering, physical injury and emotional distress

(15)

## Prayer For Relief

WHEREFORE, plaintiff respectfully prays that this Court enter judgment:

(39) Granting Plaintiff a declaration that the acts and omissions described herein violate his rights under the Constitution and laws of the United Stantes

(40) A Preliminary and permanent injunction ordering his transfer to The Lansing Correctional Facility in Lansing, Kansas to get away from the defendant

(41) A Preliminary and permanent injunction ordering defendant Wiebe to cease his physical violence and threats toward Plaintiff

(42) Granting Plaintiff Compensatory damages in the amount of $ 500,000.00 against Defendant Wiebe

(43) Granting Plaintiff punitive damages in the amount of $ 500,000.00 against Defendant Wiebe

(44) Plaintiff also seeks recovery of his Cost in this suit

(45) Plaintiff also seeks attorney fees

(16)

(46)  Plaintiff also seeks a jury trial on all triable issues.

(47)  Any and all additional relief this Court deems just, proper and equitable.

Dated: 7-8-2015 _____ , 2015

Respectfully Sumbmitted
x Sean L. Marshall
Sean Marshall #109356
ENCF
P.O. Box 311
El Dorado, Kansas 67042

Sworn Verification

I swear under the penalty of perjury that this Complaint, its Contents, attached documents and Exhibits are the truth, the whole truth and nothing but the truth so help me God pursuant to 28 USC § 1746, 18 USC § 1621,1623 and KSA 21-3805

Executed on: 7-8-15 _____ , 2015
x Sean L. Marshall #109356
Sean Marshall #109356

Notary:

NOTARY PUBLIC - State of Kansas
MICHAEL W. ADDINGTON
My Appt. Expires 10/23/17

(17)

To: Secretary of Corrections

From: Sean Marshall #109356

Date: 3-21-15

Subject: KAR 44-15-201 Special Kinds of Problems

Excessive Force & Deliberate Indifference 42 USC § 1983

I'm writing this letter to you because I'm in fear of my life. Officer Wiebe intentionally broke my elbow and denied me medical services for my fractured / broken elbow on 3-20-15. He put me in the restraint chair hand cuffed behind my back knowing that he'd injured my elbow. He also pressed my faced into the wall and squeezed my elbow once he got me to my cell in ad-seg. Please help me. I'm scared to be around Officer Wiebe. He's huge and he can hurt me and get away with it. I want him sanctioned and I want to be transfered to Lansing Correctional Center

Respectfully Submitted
Sean L. Marshall
Sean L. Marshall #10935
EDCF
Po Box 311
El Dorado Ks 67042

CC. Sec. of Corr
Sean Marshall   Ex. I

18

Affidavit of Delivery

I, Sean Marshall #109356 do solemnly swear to tell the truth, the whole truth, and nothing but the truth so help me God. On Monday March 23rd 2015 I mailed to the secretary of corrections a grievance letter under KAR 44-15-201: Special Kinds of Problems, because this complaint is a complex on-going difficult problem. I sent this letter, dated 3-21-15, in a sealed envelope marked "official mail" U.S. mail with proper postage to:

> Ray Roberts, Sec of Corr
"Official Mail"  Landon State Office Building
714 SW Jackson, Suite 300
Topeka, Kansas 66603
"[ RE: KAR 44-15-201 Special Kinds of Problems ]"

I swear and declare under the penalty of perjury that the foregoing is true and correct pursuant to 28 USC §1746 18 USC §§ 1621, 1623 and KSA 21-3805

Executed on: 3-23-15

Sean R. Marshall

Sean L. Marshall #109356

CC: Sec of Corr          EDCF
    Sean Marshall        P.O. Box 311
              Ex. 2   El Dorado Ks 67042
              19

Affidavit of Non-Response

I, Sean Marshall #109356, do solemnly swear to tell the truth so help me God. As of Monday June 29th 2015, I have not recieved a response from the Secretary of Corrections nor his designee in regards to my grievance/letter dated 3-21-15 and mailed 3-23-15 pursuant to KAR 44-15-201 "Special Kinds of Problems". I have not recieved any instructions to use or follow the regular grievance proceedure, nor instructions to cure any filing deficiencies. KAR 44-15-201 does not notifi a prisoner of any proceedures when a response from the Secretary fails to respond. I properly complied and substantially complied to KAR 44-15-201 "Special Kinds of Problems".

I swear and declare under the penalty of perjury that the foregoing is true and correct pursuant to 28 USC § 1746, 18 USC §§ 1621, 1623 and KSA 21-3805

Executed on: June 29, 2015

Sean L. Marshall

CC: Sean Marshall

Sean L. Marshall #10935

EDCF

P.O. Box 311

El Dorado Ks 67042

Ex. 3

20

Affidavit

I Dewayne Overtan # 104565, swear under the
penalty of perjury the following:

On 3-20-15 I watched inmate Sean
Marshall # 109356 get slammed by an officer
six times his size. Mr. Marshall wasn't
being a problem nor was he being agressive
or combative. It appeared as if the officer
was trying to break his left arm. Mr. Marshall
seemed to be in alot of pain, in which both
officers didnt care if he was hurt because they
put him in the restraint chair. I'm competent
to testify to these facts.

I swear that the foregoing facts are true
and complete pursuant to 28 USC 1746, 18 USC
1621, 1623 and Ksa 21-3805

Executed on: 07-01-2015 sign: Dwayne Overton
                                #10156
                    Print: Dwayne Overton
                              EDCF
                              PO Box # 311
                    EX. 4        El Dorado, Ks. 67042
                    21

Affidavit

I Pierre Jones #107673 Swear under the penalty of perjury the following facts:

On 3-20-15 I observed inmate Sean Marshall #109356 being escorted to the clinic in hand cuffs. For no reason whatsoever he was slammed to the ground by a very large officer. Inmate Marshall wasn't resisting nor was he being a problem. The other officer who was escorting him told the very large officer that he had no reason to Slam Mc Marshall, I am competent to testify to these facts.

I swear that the foregoing facts are true and complete pursuant to 28 USC 1746, 18 USC 1621, 1623 and K.S.A 21-3905

Executed on: 7-3-15

Pierre Jones #107673
Pierre Jones #107673
E.D.C.F
P.O. Box 311
Eldorado, Ks 67042

Ex. 5

22

Affidavit
OF
Mr. Conley

(1)    I, Anthony Conley # 60437, testify to the following events.

(2)    On 3-26-15 while housed in C-1 cellhouse/Segregation Unit I observed inmate Sean Marshall # 109356 being wheeled in the Unit in the black restraint Chair by Officer Wiebe and Officer Bence

(3)    He had on a spit proof mask and Wiebe had the Chair tilted back. Sean Marshall looked like a small 3rd grade Kid in that big Chair, all strapped down tight

(4)    Sean Marshall was pleading to officer Wiebe to take him back to the clinic because he knew his elbow was broken and the Chair and restraints were causing him intense pain.

(5)    Mr Marshall was telling Wiebe that he wasn't right for preventing him from speaking with the nurse about his broken elbow and to please take him back to the clinic

(6)    Even from my Cell I could see the tears and pain on his face and Wiebe told Marshall that he wasn't going to take him back to the clinic.

(7)    When Marshall was released from the Chair Wiebe apparently grabbed his broken elbow because Marshall

Ex. 6

23

Screamed out in pain

(8) Marstall was allowed to walk up the stairs to his cell
he wasn't resisting, being aggressive nor cussing out the
officers.

(9) I got a look at his left elbow it was swollen
as big as a grapefruit, purple and black and it looked
crooked and/or funny shaped as if it had been badly
injured. It was very noticable and officer Wiebe, while
walking with marshall inspected it while walking him upstairs

(10) When Marshall got to his cell shortly after that
I heard a god awful Scream coming from Marshall
and I heard Marshall say: "why did you squeeze my
elbow!"

(11) As Wiebe and the other escorting officer, Bence
were coming down the steps he turned to Wiebe and told
him "you didn't have to slam him on the floor or hurt
his arm like that"

(12) From 3-20-15 and the entire weekend Marshall was
trying to get medical attention for his elbow but no one
would contact the Clinic and he cried out in pain that
whole weekend.

Ex. 7

24

I Swear under the penalty of perjury that the Contents of this affidavit are true Correct and Complete. I am Competent to testify to these facts. Pursuant to 28 USC § 1746; 18 USC §§ 1621, 1623 and KSA 21-3805

executed on: 7-6-15

Anthony Conley #60437
EDCF
P.O Box 311
El Dorado, Kansas
67042

NOTARY:

NOTARY PUBLIC State of Kansas
MICHAEL W. ADDINGTON
My Appt. Expires 10/23/17

Ex. 8

25



**C⊙RIZON**
*Promote a culture of safety*

## HEALTH SERVICES REQUEST FORM
(Formulario de Solicitud de Servicios de Salud)

| FOR MEDICAL USE ONLY | Service Requested |
|---|---|
| Sólo para uso médico | Servicio Solicitado |

**FOR MEDICAL USE ONLY**
Sólo para uso médico
Date Received: 3-23-15
Time Received: 0300

**Service Requested**
Servicio Solicitado

| ☐ Nurse Enfermera | ☒ Doctor Doctor | ☐ Dental Dental |
| ☐ Mental Health Salud Mental | ☐ Eye Doctor Médico de los ojos | |

Print Name (Imprimir nombre): ⓪Sean Marshall
Date of Request (Fecha de solicitud): 3-20-15
ID #: 109356      Date of Birth (Fecha de nacimiento): 8-23-82
Housing Location (Ubicación de la Vivienda): C-1-204
Nature of problem or request (Naturaleza del problema o solicitud): It feels like my left elbow is broken. I'm in severe pain. Officer Wiebe broke my elbow when he slammed me. It's swollen & bruised & I can't move it. + Wiebe wouldn't let me see the nurse for my injury

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

Sean L. Marshall
PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA  (No escriba debajo de esta área.)**

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _____

Date: 3/23/15      Time: 0440      (am  pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: Scheduled

Staff Signature: _____      Date: 3/23/15

Ex.9
26

©2013 Corizon Health, Inc.



**CORIZON**
*Promote a culture of safety*

## HEALTH SERVICES REQUEST FORM
**(Formulario de Solicitud de Servicios de Salud)**

| FOR MEDICAL USE ONLY<br>Sólo para uso médico | Service Requested<br>Servicio Solicitado |
|---|---|
| Date Received: 3/23/15 | ☐ Nurse<br>Enfermera / ☒ Doctor<br>Doctor / ☐ Dental<br>Dental |
| Time Received: 0360 | ☐ Mental Health<br>Salud Mental / ☐ Eye Doctor<br>Médico de los ojos |

Print Name (Imprimir nombre): __Sean Marshall__
Date of Request (Fecha de solicitud): __3-23-15__
ID #: __109356__  Date of Birth (Fecha de nacimiento): __8-23-82__
Housing Location (Ubicación de la Vivienda): __C-1-20H__
Nature of problem or request (Naturaleza del problema o solicitud): __I can't sleep due to the pain & swelling of my elbow. Please help me. Officer Wiebe hurt my elbow on purpose. It seems like I can't get any medical assistance at all.__

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

_Sean L. Marshall_
PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA  (No escriba debajo de esta área.)**

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _____

Date: __3/23/15__  Time: __0440__  ( am / pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | | | | | |
|---|---|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health  ☑ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health  ☑ ARNP |
| Fee Charge | ☐ $2.00 | | | | |

Comments: __Scheduled__

Staff Signature: _____  _EX. 10_  Date: __3/23/15__

NA7141-KS-DOC
Issued 01/06/2013

27

©2013 Corizon Health, Inc.

NICKERSON Travis

INMATE REQUEST TO STAFF MEMBER

To: Medical

(Name and Title of Officer or Department)

Date: 4-6-15

To be retained by Inmate

Unit Team Member Signature

RECEIVE

APR 0 7 2015

BY: QL

**Form 9**
For Cellhouse Transfer
Work Assignment
Interview Requests

Marshall
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

109356

**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: Medical                                    Date: 4-6-15

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

I'd like to see the results from my X-ray please

Work Assignment: _____   Living Unit Assignment: C-1-18

Comment: _____   Unit Team Members Signature: CCx 4-7

Disposition: _____

To: _____   Date: _____

(Name & Number)

Disposition: _____

Ex. 11
28

_____
Employee's Signature

**To be returned to inmate.**

P-0009b



**CORIZON™**
*Promote a culture of safety*

| FOR MEDICAL USE ONLY<br>Sólo para uso médico | Service Requested<br>Servicio Solicitado |
|---|---|
| Date Received: _____ | ☐ Nurse / Enfermera   ☑ Doctor / Doctor   ☐ Dental / Dental |
| Time Received: _____ | ☐ Mental Health / Salud Mental   ☐ Eye Doctor / Médico de los ojos |

## HEALTH SERVICES REQUEST FORM
**(Formulario de Solicitud de Servicios de Salud)**

Print Name (Imprimir nombre): **Sean Marshall**
Date of Request (Fecha de solicitud): **4-9-15**
ID #: **109356**     Date of Birth (Fecha de nacimiento): **8-23-82**
Housing Location (Ubicación de la Vivienda): **C-118**
Nature of problem or request (Naturaleza del problema o solicitud): **I would like to speak to Dr. Nickelson about my x-rays**

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

*Sean R. Marshall*
PATIENT SIGNATURE (Paciente firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA. (No escriba debajo de esta área.)**

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

---

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: *D Morie*

Date: **4/14/15**     Time: **0550**   am  pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | Nurse | Doctor | Dentist | Eye Doctor | Mental Health | ARNP |
|---|---|---|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: **Will sched for w/ HCP Thursday or Friday**

Staff Signature: *D Morie*     Date: **4/14/15**

NA7141-KS-DOC
Issued 01/06/2013

*Ex. 12*

*29*

©2013 Corizon Health, Inc.



**CORIZON™**
*Promote a culture of safety*

## HEALTH SERVICES REQUEST FORM
**(Formulario de Solicitud de Servicios de Salud)**

| FOR MEDICAL USE ONLY<br>Sólo para uso médico | Service Requested<br>Servicio Solicitado |
|---|---|
| Date Received: 4/21/15 | ☒ Nurse ☐ Doctor ☐ Dental<br>Enfermera Doctor Dental |
| Time Received: 0320 | ☐ Mental Health ☐ Eye Doctor<br>Salud Mental Médico de los ojos |

Print Name (Imprimir nombre): **Sean Marshall**
Date of Request (Fecha de solicitud): **4-21-15**
ID #: **109356**          Date of Birth (Fecha de nacimiento): **8-23-82**
Housing Location (Ubicación de la Vivienda): **C-1-118**
Nature of problem or request (Naturaleza del problema o solicitud): **On 4-18-15 I was told by ARNP Nickelson that the x-ray of my left elbow revealed that I sustained a fracture on 3-20-15. Can I please have a copy of the x-ray or the Doctors diagnosis?**

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

*Sean A. Marshall*
PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA. (No escriba debajo de esta área.)**

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

---

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

**Triaged by:** _____

**Date:** 4/21/15          **Time:** 0450          (am) pm (circle one)

**Called Down at:** _____ (for urgent issue)

**Other:** _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

**Comments:** Scheduled

**Staff Signature:** _____          **Date:** 4/21/15

NA7141-KS-DOC
Issued 01/06/2013

*Ex. 13*
30

©2013 Corizon Health, Inc.



**CORIZON**
*Promote a culture of safety*

## HEALTH SERVICES REQUEST FORM
(Formulario de Solicitud de Servicios de Salud)

| FOR MEDICAL USE ONLY | Service Requested |
| Sólo para uso médico | Servicio Solicitado |

| FOR MEDICAL USE ONLY / Sólo para uso médico | Service Requested / Servicio Solicitado |
|---|---|
| Date Received: _____ <br> Time Received: _____ | ☐ Nurse / Enfermera   ☐ Doctor / Doctor   ☐ Dental / Dental <br> ☐ Mental Health / Salud Mental   ☐ Eye Doctor / Médico de los ojos |

Print Name (Imprimir nombre): __Sean Marshall__
Date of Request (Fecha de solicitud): __5-19-15__
ID #: __109356__   Date of Birth (Fecha de nacimiento): __8-23-82__
Housing Location (Ubicación de la Vivienda): __C-1-148__
Nature of problem or request (Naturaleza del problema o solicitud): __I need my belly chain restriction__
__Renewed. My elbow is still bothering me to the point where having__
__it cuffed behind me in that position for more than a few seconds would hurt bad__

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcaide, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA  (No escriba debajo de esta área.)**

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _____

Date: __5/20/15__   Time: __0532__   am/ pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: __Scheduled, Refusal 5/21/15__

Staff Signature: _____   Date: __5/21/15__

NA7141-KS-DOC
Issued 01/06/2013

©2013 Corizon Health, Inc.

Ex. 14

31



**CORIZON**
*Promote a culture of safety*

## HEALTH SERVICES REQUEST FORM
(Formulario de Solicitud de Servicios de Salud)

| FOR MEDICAL USE ONLY | Service Requested |
|---|---|
| Sólo para uso médico | Servicio Solicitado |
| Date Received: _____ | ☒ Nurse / Enfermera ☐ Doctor / Doctor ☐ Dental / Dental |
| Time Received: _____ | ☐ Mental Health / Salud Mental ☐ Eye Doctor / Médico de los ojos |

Print Name (Imprimir nombre): ___Seaw Marshall_____
Date of Request (Fecha de solicitud):___5-21-15___
ID #:___109356___  Date of Birth (Fecha de nacimiento):___2-23-82___
Housing Location (Ubicación de la Vivienda):___C-1-118___
Nature of problem or request (Naturaleza del problema o solicitud):___Once again, I am experiencing more pain from my elbow injury when left cuffed behind back. For the 15ng of need for DR. NICKLESON to review my bellychain order so that I may take showers etc.__

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

_____
PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA (No escriba debajo de esta área.)**

(Original – Medical Record   Yellow Copy–Inmate/Patient   Pink Copy–Business Office)

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: A. Riddle_____

Date: 5/22/15_____   Time: 1130_____   am  pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | | | | Eye Doctor | | |
|---|---|---|---|---|---|---|
| Initial | ☒ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☒ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: Extra long/extra large cuffs approved._____

Staff Signature: A Riddle LPN_____   Date: 5/22/15_____

NA7141-KS-DOC
Issued 01/06/2013

Ex. 15
32

©2013 Corizon Health, Inc.

Pg. 33
Ex. 16

## Affidavit

I, Sean L. Marshall #109356 swear under the penalty of perjury the following did occur:

I was released from Ad-Seg on 6-4-15. Due to me being down in the hole for so long I was entitled a haircut upon my release. That night during barbershop I asked to be admitted into the barbershop for my "just out of Ad-Seg" haircut. My request was granted until the officer on duty in the barbershop found out it was me. The officer quickly reversed his decission + ended up denying me my right to a haircut due to the fact that I have a lawsuit pending against him (Wiebe).
On 6-5-15 I recieved further harassment by SST officers. I was waiting outside of Unit team Oveal's office when two blacksuits came into the pod + directed me to go to my cell. I stepped inside my cell + the two officers stepped in behind me. I ask what was going on. One officer by the name of a Sissell stated and I quote "when you fuck with one of us you fuck with all of us. Now get naked". I told the two officers that I did not feel safe in the cell with the alone with the door closed. They told me that I'd either cooperate or go back to the hole. This time with more than just a broken arm. So I complied. I was afraid + still am.
On 6-6-15 I recieved even more harassment. SST officer Bailey came to my cell that afternoon and demanded that I come with him. I asked what I'd done and he told me I'd find out in a minute.

Ex. 16
Pg. 33

Pg. 34
Ex. 16

As I got dressed SST officer Bailey made the comment: "I hear you might have a lawsuit going". I made no response as I was already alarmed by the unnecessary visit by this officer. Officer Bailey went on to say that my lawsuit wouldn't work, and that nobody cares what happens to us inmate in here. I continued to be unresponsive. I was more concerned about where I was being taken. I soon found out that I was being taken to be tested for drugs.

On 6-9-15 I recieved further harassment On this day the OJC assigned to the cellhouse I lived in was officer Wiebe. By this time I was approved on the official haircut list. As I sat + waited for an available barber to cut my hair office Wiebe first sent another officer to spy on my whereabo then called three times to ask the officer on duty in th barbershop about my where abouts; saying that he was trying to catch me skating. During my haircut office Wiebe called three more times making it a total of six times he called to "check on me". The officer whi was working the barbershop couldn't understand why Mr Wiebe was so focused on me and asked what I'd done t cause Wiebe to harass me like that. I told the officer that Wiebe had assaulted me and that I was suing. The officer responded by saying "Oohh, that explains it".

Ex. 16    I have been getting harassed continually since my
pg. 34    release from Ad-seg. If not by officer Wiebe then b one of his comrades. I expressed my concern about being harassed + messed with to numerous people suc

pg. 35
Ex. 16

as Unit team Walmsley, Unit team Moore, Unit team Gray, and Unit team Oneal. I have asked to be placed in another facility due to my not feeling safe mentally nor physically. Nobody seems to care about my safety or my right to a piece of mind. I'm competant to testify to these facts.

I swear that the foregoing facts are true and complete pursuant to 28 USC 1746, 18 USC 1621, 1623 and KSA 21-3805

Executed on: 7-9-2015     Sean L. Marshall
                          Sean L. Marshall #109356
                          EDCF
                          PO Box 311
                          El Dorado KS 67042

Ex 16
pg 35



**C⦿RIZON**

*Promote a culture of safety*

# HEALTH SERVICES REQUEST FORM
**(Formulario de Solicitud de Servicios de Salud)**

| FOR MEDICAL USE ONLY | Service Requested |
|---|---|
| Sólo para uso médico | Servicio Solicitado |

| FOR MEDICAL USE ONLY<br>Sólo para uso médico | Service Requested<br>Servicio Solicitado | | |
|---|---|---|---|
| Date Received: _____ | ☐ Nurse<br>Enfermera | ☐ Doctor<br>Doctor | ☐ Dental<br>Dental |
| Time Received: _____ | ☐ Mental Health<br>Salud Mental | | ☐ Eye Doctor<br>Médico de los ojos |

Print Name (Imprimir nombre): _Sean Marshall_

Date of Request (Fecha de solicitud): _3-22-15_

ID #: _109356_   Date of Birth (Fecha de nacimiento): _8-23-82_

Housing Location (Ubicación de la Vivienda): _C-1-204_

Nature of problem or request (Naturaleza del problema o solicitud): _My arm won't open all of the way_
_I think it may be fractured_

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

_Sean L. Marshall_
PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA (No escriba debajo de esta área.)**

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

---

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _DMoa_

Date: _3/23/15_   Time: _0522_   (am) pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☑ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☑ $2.00 | | | | | |

Comments: _Scheduled, Sean 3/22/15_

Staff Signature: _DMoa_   Date: _3/23/15_

NA7141-KS-DOC
Issued 01/06/2013

©2013 Corizon Health, Inc.

_Ex. 17_
_Pg. 36_

INMATE REQUEST TO STAFF MEMBER

To: __Moore_____          Date: __6 - 1 - 15_____
       (Name and Title of Officer or Department)

_____
       Unit Team Member Signature                        **To be retained by Inmate**

**Form 9**
For Cellhouse Transfer                                    __Marshall_____
Work Assignment _____                              Last Name Only
Interview Requests

### KANSAS DEPARTMENT OF CORRECTIONS

                                                         __109356_____
                                                              **Number**

### INMATE REQUEST TO STAFF MEMBER

To: __Moore_____    Date: __6 - 1 - 15_____
     (Name and Title of Officer or Department)
     State completely but briefly the problem on which you desire assistance. (Be specific.)

I spoke to you of my concerns about being around
officer Wiebe. I still feel uncomfortable with being
around him + I do not feel safe mentally or physically.
I am afraid of him harming me + or harassing me due
to the grievance + lawsuit I am filing against him for
assaulting me. I need to know what steps will be taken for my safety

Work Assignment: _____    Living Unit Assignment: __C-1-118____

Comment: _____    Unit Team Members Signature: _____

Disposition: Your off Dis Seg on the **5**ᵗ. You'll be leaving on
Friday. Since Ccell house was a temp place you need to
get with your unit team in general population.
FYI - Wiebe is now a CSI and I don't see him doing
any thing to charm you. Again, your leaving Friday

To: _____    Date: __6/1/__

                    Ex. 18
Disposition: _____
                    pg. 37
_____
_____

_____
       Employee's Signature                        **To be returned to inmate.**
P-0009b